# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BARBIERO, : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 16-4323 |
| : | |
| NANCY A. BERRYHILL, : | |
| **Acting Commissioner of Social Security,** : | |
| Defendant. : | |

## ORDER

This 13th day of July, 2017, upon consideration of Plaintiff's Request for Review and Defendant's Response thereto, and after careful review of the administrative record and of the Report and Recommendation of the Magistrate Judge, it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**; and

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the attached Memorandum.

/s/ Gerald Austin McHugh
United States District Judge